AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

***** DISTRICT OF   NEVADA

JOHN LASH,

      Plaintiff,              JUDGMENT IN A CIVIL CASE

V.

                                CASE NUMBER: 3:15-cv-00626-RCJ-VPC

KAREN GEDNEY, et al.

      Defendant.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Defendant's Motion for Summary Judgment (ECF No. 21) is GRANTED.

  August 25, 2016                                  **LANCE S. WILSON**
                                                                  Clerk

                                                             /s/ D. R. Morgan
                                                                  Deputy Clerk